```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
```

J.W.B., As Trustee of the          )
J.P.B. Trust, ET AL.,              )
     Plaintiffs                    )
                                   )
            v.                     ) 09-CV-30090-MAP
                                   )
BURKHART, PIZZANELLI, P.C.,        )
ET AL.,                            )
     Defendants                    )

## ORDER RE: STATUS REPORT

May 13, 2011

PONSOR, D.J.

In light of the comings and goings in this case, counsel are ordered to submit a joint status report, to be drafted by counsel for Plaintiff, confirming the status of each of the original parties to the litigation and the timeline for resolution of any remaining claims. This report will be submitted to the court no later than May 27, 2011.

It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge