UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.W.B., As Trustee of the J.P.B. Trust, ET AL., Plaintiffs | ) ) ) ) |
| v. | ) 09-CV-30090-MAP ) |
| BURKHART, PIZZANELLI, P.C., ET AL., Defendants | ) ) ) |

### ORDER RE: FURTHER STATUS REPORT

July 8, 2011

**PONSOR, D.J.**

On May 13, 2001, the court entered an order requiring submission of a status report (Dkt. No. 109). On May 27, 2011 counsel for Plaintiffs file a Status Report indicating, among other things, that he anticipated filing amended pleadings "before June 3, 2011." (Dkt. No. 110 at 2).

Since that time, the court has heard nothing. Based on this, the court orders counsel for Plaintiffs to submit a further status report no later than August 15, 2011.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge